**Opinion issued September 24, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00676-CV

————————————

## IN RE NABORS DRILLING TECHNOLOGIES USA, INC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On September 10, 2019, Nabors Drilling Technologies USA, Inc., filed a petition for writ of mandamus requesting that our court compel the respondent district court judge to rule on Nabors's Motion to Dismiss and Compel Arbitration in the underlying case.[1] Nabors fails to demonstrate that the motion has been pending

---

[1]     The underlying case is *Joshua Robertson v. ConocoPhillips; ConocoPhillips Company; Nabors Drilling Technologies USA, Inc.; Charger Services, LLC; Big D Equipment Company, Ltd.; M & M Excavating, Inc.; and Maurice Meyer III, John R. Norris III, and David E. Berry, as Trustees of the Texas Pacific Land Trust*, cause

for an unreasonable time since its June 3, 2019 submission date and Nabors's subsequent August 13, 2019 letter request for a ruling. *See In re Foster*, 503 S.W.3d 606, 607 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing *Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992) (orig. proceeding)). Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.

---

number 2018-24644, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.